NO.
12-06-00014-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

CITY OF SEVEN POINTS, §          APPEAL
FROM THE 173RD

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

CITY OF GUN BARREL
CITY,

APPELLEE   §          HENDERSON
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
and Appellee filed a joint motion requesting an order remanding this cause to
the trial court, without regard to the merits, for the entry of an agreed
judgment according to the terms of the parties’ settlement agreement.  We grant the parties’ motion and remand this
appeal to the trial court with instructions to (1) vacate its December 19, 2005
judgment and (2) enter an agreed judgment in accordance with the parties’
settlement agreement.

            This appeal
is dismissed.

Opinion delivered August 16,
2006.

Panel consisted of Worthen, C.J. and Griffith, J.

 

 

 

 

PUBLISH